Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013454-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>　　　　　Debtor. | Case No. 17-40973-JDP<br>Chapter 7 |
| BANNER BANK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>　　　　　Defendant. | Adversary No. 18-08006-JDP |

**STIPULATION TO STAY ADVERSARY CASE**

COME NOW plaintiff Banner Bank, by and through its counsel of record Givens Pursley LLP, and defendant Wells A. Wyatt ("Wyatt"), by and through his counsel of record Foley Freeman, PLLC, and hereby stipulate and agree as follows:

**STIPULATION TO STAY ADVERSARY CASE - 1**    14117398.1

1. Banner Bank filed its complaint in this adversary proceeding ("Adversary Case") on February 14, 2018 (CR 1).

2. Wyatt filed his notice of appearance in this Adversary Case on March 2, 2018 (CR 5).

3. Both Banner Bank and Wyatt hereby stipulate and agree to stay any further discovery or proceedings of any kind or nature in this Adversary Case until May 25, 2018, to allow the parties to determine:

    (i) the relative strengths and weaknesses of their cases and defenses;

    (ii) the necessity and scope of discovery, if any, which needs to occur, especially in light of the discovery that has occurred to date between the parties relative to Rule 2004 proceedings and Section 341 proceedings in Wyatt's bankruptcy proceeding; and

    (iii) the feasibility and advisability of settlement, or further stays of the action, pending the parties' attempts to settle and resolve this matter.

4. The parties stipulate to these matters so as to avoid the time and expense of any unnecessary discovery or trial matters as between them.

[*Signature Page Follows*]

DATED this 13th day of March, 2018.

                              GIVENS PURSLEY LLP

                              By _____
                              Randall A. Peterman – Of the Firm
                              Alexander P. McLaughlin – Of the Firm
                              Attorneys for Banner Bank

DATED this 13 day of March, 2017.

                              FOLEY FREEMAN, PLLC

                              By _____
                              Patrick J. Geile – Of the Firm
                              Attorneys for Defendant Wells A. Wyatt

**STIPULATION TO STAY ADVERSARY CASE - 3**                          14117398.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2018, I filed the foregoing **STIPULATION TO STAY ADVERSARY CASE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
rboyle@foleyfreeman.com
r59345@notify.bestcase.com


_____
Randall A. Peterman

STIPULATION TO STAY ADVERSARY CASE - 4

14117398.1