Patrick J. Geile
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
*pgeile@foleyfreeman.com*

**Attorney for Defendant**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**WELLS ALAN WYATT,**<br><br>Debtor. | Case No. 17-40973-JDP<br><br>Chapter 7 |
| **BANNER BANK,**<br><br>Plaintiff,<br><br>vs.<br><br>**WELLS ALAN WYATT,**<br><br>Defendant. | Adv. Case No. 18-08006-JDP |

**ANSWER TO COMPLAINT TO DETERMINE
NON-DISCHARGEABILITY OF DEBT**

COMES NOW, the Defendant, Wells A. Wyatt ("Defendant"), by and through his counsel of record, Patrick J. Geile of Foley Freeman, PLLC, and hereby answers Plaintiff's Complaint to Determine Non-Dischargeability of Debt ("Complaint") as follows:

1. Defendant denies each and every allegation set forth in the Complaint, unless specifically admitted herein.

**ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT - 1**

  2.  Defendant admits paragraph 1.

  3.  Defendant admits paragraph 2.

  4.  Defendant is without knowledge to either admit or deny paragraph 3, and therefore denies the same.

  5.  Defendant is without knowledge to either admit or deny paragraph 4, and therefore denies the same.

  6.  Defendant admits paragraph 5.

  7.  Defendant admits paragraph 6.

  8.  Defendant denies paragraph 7.

  9.  Defendant admits paragraph 8.

  10.  Defendant denies paragraph 9.

  11.  Defendant admits paragraph 10.

  12.  Defendant admits paragraph 11.

  13.  Defendant admits paragraph 12.

  14.  Defendant admits paragraph 13.

  15.  Defendant denies paragraph 14.

  16.  Paragraph 15 calls for a legal conclusion, and therefore Defendant denies the same.

  17.  Defendant admits paragraph 16.

  18.  Defendant admits paragraph 17.

  19.  Paragraph 18 calls for a legal conclusion, and therefore Defendant denies the same.

  20.  Defendant denies paragraph 19.

**ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT - 2**

21. Paragraph 20 calls for a legal conclusion, and therefore Defendant denies the same.

22. Defendant admits paragraph 21.

23. Paragraph 22 calls for a legal conclusion, and therefore Defendant denies the same.

24. Defendant denies paragraph 23.

25. Paragraph 24 calls for a legal conclusion, and therefore Defendant denies the same.

26. Defendant admits paragraph 25.

27. Defendant admits paragraph 26.

28. Defendant admits paragraph 27.

29. Paragraph 28 calls for a legal conclusion, and therefore Defendant denies the same.

30. Defendant denies paragraph 29.

31. Paragraph 30 calls for a legal conclusion, and therefore Defendant denies the same.

32. Paragraph 31 does not call for a response, and therefore Defendant denies the same.

33. Defendant is without knowledge to admit or deny paragraph 32, and therefore denies the same.

34. Defendant denies paragraph 33.

35. Defendant admits paragraph 34.

36. Defendant admits paragraph 35.

**ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT - 3**

37. Defendant admits paragraph 36.

38. Paragraph 37 calls for a legal conclusion, and therefore Defendant denies the same.

39. Paragraph 38 calls for a legal conclusion, and therefore Defendant denies the same.

40. Paragraph 39 calls for a legal conclusion, and therefore Defendant denies the same.

41. Defendant denies paragraph 40.

42. Defendant denies paragraph 41.

43. Paragraph 42 calls for a legal conclusion, and therefore Defendant denies the same.

44. Defendant denies paragraph 43.

45. Defendant denies paragraph 44.

46. Paragraph 45 calls for a legal conclusion, and therefore Defendant denies the same.

47. Defendant denies paragraph 46.

48. Defendant denies paragraph 47.

49. Paragraph 48 calls for a legal conclusion, and therefore Defendant denies the same.

50. Defendant denies paragraph 49.

51. Defendant denies paragraph 50.

52. Paragraph 51 calls for a legal conclusion, and therefore Defendant denies the same.

**ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT - 4**

53. Defendant denies paragraph 52.

54. Defendant denies paragraph 53.

55. Defendant denies paragraph 54.

56. Defendant denies paragraph 55.

57. Defendant denies paragraph 56.

58. Defendant denies paragraph 57.

59. Defendant denies paragraph 58.

60. Paragraph 59 calls for a legal conclusion, and therefore Defendant denies the same.

61. Defendant denies paragraph 60.

62. Defendant denies paragraph 61.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim for which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by laches.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by reason that Plaintiff has failed to plead fraud on the part of Debtor with particularity as required by F.R.C.P. 9(b) and F.R.B.P. 7009(b).

## ATTORNEY'S FEES AND COSTS

Defendant has been required to retain the services of Foley Freeman, PLLC to represent him in this matter, and he should be awarded his costs and reasonable attorney's fees in this matter,

**ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT - 5**

pursuant to applicable state and federal law.

## CONSENT

Defendant consents to this court entering final judgment.

DATED this 2nd day of August, 2018.

                                  FOLEY FREEMAN, PLLC

                                  /s/ Patrick J. Geile
                                  Patrick J. Geile
                                  Attorneys for Debtor

**ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT - 6**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 2nd day of August, 2018, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Randall A. Peterman<br>Alexander P. McLaughlin<br>Givens Pursley, LLP<br>601 W. Bannock St.<br>PO Box 2720<br>Boise, ID 83701-2720 |  X    CM/ECF Notice |

              /s/ Patrick J. Geile
              Patrick J. Geile