Patrick J. Geile
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

Attorneys for Defendant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-40973-JMM |
| WELLS ALAN WYATT, | Chapter 7 |
| Debtor. | |
| BANNER BANK, | Adv. Case No. 18-08006-JMM |
| Plaintiff, | |
| vs. | |
| WELLS ALAN WYATT, | |
| Defendant. | |

### AMENDED NOTICE OF TAKING DEPOSITION OF DAVID STIREWALT

YOU, AND EACH OF YOU, please take notice that the Defendant, Wells Wyatt, by and through his attorney of record, Patrick J. Geile of Foley Freeman, PLLC, will take the deposition of David Stirewalt of Banner Bank at the offices of Law Offices of Foley Freeman, 953 S. Industry Way, Meridian Idaho 83642, and commencing at **9:00 a.m. on the 20th day of November, 2018**, and continuing until completed, pursuant to Bankruptcy Rule 7030 and

AMENDED NOTICE OF TAKING DEPOSITION OF DAVID STIREWALT - 1

Federal Rule of Civil Procedure 30.

The above deposition will be conducted pursuant to the **Federal** Rules of Civil Procedure before a Notary Public of the State of Idaho, or such other officer authorized by law to administer oaths.

DATED this 31st day of October, 2018.

FOLEY FREEMAN, PLLC


/s/ Patrick J. Geile
Patrick J. Geile
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on the 31st day of October, 2018, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Randall A. Peterman | _X_ | CM/ECF Notice |
| Alexander P. McLaughlin | | |
| Givens Pursley, LLP | | |
| 601 W. Bannock St. | | |
| PO Box 2720 | | |
| Boise, ID 83701-2720 | | |
| | | |
| M&M Court Reporting | _X_ | Emailed: |
| P.O. Box 2636 | | anniew@m-mservice.com |
| Boise, ID  83701 | | |

/s/ Patrick J. Geile
Patrick J. Geile