John O. Avery ISB 3407
Ryan E. Farnsworth ISB 8885
Avery Law Offices
410 Yellowstone Avenue
Pocatello, ID  83201
Telephone: (208) 232-3020
Facsimile:   (208) 904-4905

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 19-40618-JMM |
|---|---|---|
|  | ) |  |
| Todd Rawlings | ) | DEBTOR'S MOTION TO |
|  | ) |  REDEEM PROPERTY |
|  | ) |  |
| Debtors. | ) | CHAPTER 7 |
|  | ) |  |

**Notice of Motion to Redeem Property and For a Hearing**

**No Objection.**   The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**   Any objection shall set out the legal and/or factual basis for the objection.  A copy of this objection shall be served on the movant.

**Hearing on Objection.**   The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

    1.  Movant is the Debtor in the above-captioned chapter 7 case.  This matter is a core Matter.

    2.  Among the dischargeable consumer debts listed in the petition filed herein was a debt for services owed to Don's Marine under the assumed

name of Don's Auto and Marine, Inc. The debt is secured by a statutory, possessory mechanic's lien.

Additionally, there is a secured debt against the boat and trailer owing to Advantage Plus Federal Credit Union.

3. The boat, a 16 foot 2001 Logic 150 Fishing Boat serial number LOPFS9311001, has been claimed as exempt by Movant under Idaho Code § 11-605(10), and is used for personal and family purposes.

4. The replacement value considering the age and condition of the boat is two thousand sixty six and 99/100 dollars ($2066.99), which value is supported by the Affidavit of Debtor and attachments filed concurrently herewith.

5. Movant wishes to redeem the property pursuant to 11 U.S.C. § 722 by paying to the creditor the value of the property, but the creditor has not agreed to a request that this be done.

6. The amount owing to Don's Marine is $2,096.50, approximately $30 more than the value of the property. The amount owing to Advantage Plus Credit Union is at least $3,842.00. It is Debtors belief that Advantage Plus is wholly unsecured because the mechanic's possessory lien is senior to the credit union lien and the balance is greater than the value of the property.

7. No assets of the estate will be used by the Debtor in redeeming this property.

WHEREFORE, Movant prays this Court to order Don's Marine dba Don's Auto and Marine Inc. as well as Advantage Plus Federal Credit Union to remove and mark satisfied any encumbrance of security interest in Movant's

vehicle upon payment to Creditor of two thousand sixty six and 99/100 dollars ($2,066.99).

DATED this 4th day of September, 2019.

/s/
Ryan E. Farnsworth
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 4th day of September 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

R. Sam Hopkins @ shopkins@epiqsystems.com

U S Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the Affidavit of Debtor upon the following person(s) by mailing with the necessary postage affixed thereto:

Don's Auto and Marine Inc.  
ATTN: Don Flaherty  
740 North Main St.  
Smithfield, UT 84335-9652  

Advantage Plus Federal Credit Union  
ATTN: Brent Neibaur  
2133 E. Center St  
Pocatello, ID 83201

/s/
Tina Jensen