**Patrick J. Geile**
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

**Attorneys for Defendant**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-40973-JMM |
| WELLS ALAN WYATT, | Chapter 7 |
| Debtor. | |
| BANNER BANK, | Adv. Case No. 18-08006-JMM |
| Plaintiff, | |
| vs. | |
| WELLS ALAN WYATT, | |
| Defendant. | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Wells Alan Wyatt, by and through his attorney of record, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby moves the Court for summary judgment against the Plaintiff, Banner Bank. This motion is supported by the Affidavits and Memorandum in Support of Motion for Summary Judgment filed herewith.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1**

DATED this 18th day of January, 2019.

                        FOLEY FREEMAN, PLLC

                        /s/ Patrick J. Geile
                        Patrick J. Geile
                        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of January, 2019, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Randall A. Peterman | X | CM/ECF Notice |
| Alexander P. McLaughlin | | |
| Givens Pursley, LLP | | |
| 601 W. Bannock St. | | |
| PO Box 2720 | | |
| Boise, ID 83701-2720 | | |

                        /s/ Patrick J. Geile
                        Patrick J. Geile

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2**