# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

_____

| | |
|---|---|
| **In Re:** <br><br> **Wells A. Wyatt,** <br><br> Debtor. | **Bankruptcy Case No. 17-40973-JMM** |
| **Banner Bank,** <br><br> Plaintiff, <br><br> vs. <br><br> **Wells A. Wyatt,** <br><br> Defendant. | **Adv. Proceeding No. 18-08006-JMM** |

**SUMMARY JUDGMENT ON THE FIRST CAUSE OF ACTION AND THE THIRD CAUSE OF ACTION AND DENYING OTHER RELIEF**

_____

On March 5, 2019, the Court conducted a hearing on Defendant's Motion for Summary Judgment filed January 18, 2019, requesting summary judgment to dismiss all six causes of action in the Plaintiff's

Complaint ("Motion").  Dkt. No. 43.  The Complaint was filed on February 14, 2018. Dkt. No. 1.  At the conclusion of the hearing the Court denied the relief requested in the Motion as to the Second, Fourth, Fifth and Sixth Causes of Action in the Complaint.  At the same time the Court took under advisement the relief requested in the Motion concerning the First Cause of Action and the Third Cause of Action of the Complaint. On April 4, 2019, the Court issued its oral findings of fact and conclusions of law wherein, for the reasons stated, it granted the Motion to dismiss the First and Third Causes of Action.  Now, Therefore Summary Judgment is entered as follows:

    1.    Summary Judgment is **entered** in favor of Defendant dismissing the First Cause of Action and the Third Cause of Action of Plaintiff's Complaint.  Thus, the relief requested in the Complaint to deny entry of discharge under 11 USC§ 727(a)(2)(A) and § 727(a)(2)(B) in the First Cause of Action and to deny entry of discharge under 11 USC § 727(a)(4) in the Third Cause of Action are dismissed.

2.  The request for Summary Judgment is **denied** with respect to the requested relief in the following: The Second Cause of Action (denial of discharge pursuant to 11 USC § 727(a)(3)); The Fourth Cause of Action (denial of discharge under 11 USC § 727(a)(5)); The Fifth Cause of Action (denial of dischargeability under 11 USC§ 523(a)(2)(B)); and the Sixth Cause of Action (denial of dischargeability under 11 USC 523(a)(2)(A)).

DATED:   April 4, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE