Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013454-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>　　　　　　Debtor. | Case No. 17-40973-JMM<br>Chapter 7 |
| BANNER BANK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>　　　　　　Defendant. | Adversary No. 18-08006-JMM |

**EX PARTE MOTION TO EXTEND TRIAL DATE**

COMES NOW plaintiff Banner Bank, by and through its counsel of record Givens Pursley LLP, and hereby files this Ex Parte Motion to Extend Trial Date ("Motion") based upon the following:

**EX PARTE MOTION TO EXTEND TRIAL DATE - 1**　　　　　　　　　　　　　　　14615969.1

### I.  INTRODUCTION

Banner Bank respectfully asks that the Court reset the trial in this matter. Good cause exists for this Motion pursuant to F.R.B.P. 7016 and F.R.C.P. 16 on the grounds and reasons set forth herein.

### II.  LEGAL STANDARDS

Federal Rule of Bankruptcy Procedure 7016 incorporates F.R.C.P. 16 into adversary proceedings. F.R.C.P. 16 generally addresses scheduling and case management and states that the scheduling order "control[s] the subsequent course of the action" unless modified by the court. *See* Fed. R. Civ. P. 16(d). Orders entered before the final pretrial conference may be modified upon a showing of "good cause." Fed. R. Civ. P. 16(b)(4).

### III.  ARGUMENT

**Good Cause Exists to Reset the Current Trial Setting Because the Setting is Now Impracticable and No Prejudice Will Result**

On or about February 5, 2019, the Court entered its Amended Pretrial Order and Notice of Trial (CR 54) setting a May 22-23, 2019, trial ("Trial Date') for the above-captioned matter. At the time of the Amended Pretrial Order and Notice of Trial, the undersigned did not have any scheduling conflicts with the Trial Date.

That has since changed.

Banner Bank's counsel is involved in another bankruptcy case before the Honorable Jim D. Pappas, entitled *In re Vernon Kenneth Smith, Jr.*, Case No. 18-01171-JDP ("Vernon Bankruptcy"). In the Vernon bankruptcy, a serious illness to one of the attorney's in the case—Allen Ellis—necessitated the parties seeking a continuance of a hearing on a motion to appoint trustee scheduled for April 24, 2019. In seeking an alternate date in the Vernon Bankruptcy for the trustee motion, Judge Pappas' chambers indicated that the only available

**EX PARTE MOTION TO EXTEND TRIAL DATE - 2**                14615969.1

alternate date is May 23, 2019. That puts the undersigned in a position where he has trial[1] in the Vernon Bankruptcy on the **same** day of trial in this adversary.

During the past several days, Banner Bank's counsel has contacted counsel for Wyatt in three different times, seeking his agreement to new trial dates proposed by this Court— May 21 and May 22.  *See* Declaration of Randall A. Peterman in Support of Ex Parte Motion to Extend Trial Date ("Peterman Dec."), Exs. A, B, and C. Wyatt's counsel indicated in response that he is unavailable for the reset dates for the two-day trial in this matter. *Id.*

### IV.    CONCLUSION

Based upon the unavailability of Wyatt's counsel, the facts and circumstances in this matter—which are out of Banner Bank's control—and the fact that no discernable prejudice exists to push trial out in this matter, Banner Bank respectfully requests that this Court enter an order to extend the Trial Date to a date in June 2019.

DATED this 9th day of April, 2019.

GIVENS PURSLEY LLP

By  */s/ Randall A. Peterman*
Randall A. Peterman – Of the Firm
Alexander P. McLaughlin – Of the Firm
Attorneys for Banner Bank

---

[1] The May 23, 2019, hearing in the Vernon Bankruptcy will be a full day (and perhaps extend into additional days) evidentiary hearing.  The undersigned counsel is the party bringing the motion.

**EX PARTE MOTION TO EXTEND TRIAL DATE - 3**                                       14615969.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of April, 2019, I filed the foregoing **EX PARTE MOTION TO EXTEND TRIAL DATE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
abennett@foleyfreeman.com
r59345@notify.bestcase.com


                                        */s/ Randall A. Peterman*
                                        Randall A. Peterman

**EX PARTE MOTION TO EXTEND TRIAL DATE - 4**                    14615969.1