Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013448-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>           Debtor. | Case No. 17-40973-JMM<br>Chapter 7 |
| BANNER BANK,<br><br>           Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>           Defendant. | Adversary No. 18-08006-JMM |

**PLAINTIFF'S LIST OF EXHIBITS AND WITNESSES FOR TRIAL**

COMES NOW Plaintiff Banner Bank ("Plaintiff"), by and through its attorneys of record, Givens Pursley LLP, and identifies its exhibits and witnesses for the trial of the above-captioned matter that is scheduled for May 22, 2019, and June 12, 2019, at 9:00 a.m. at the U.S. Bankruptcy Court, 550 W. Fort Street, Boise, Idaho, before the Honorable Joseph M. Meier.

**PLAINTIFF'S LIST OF EXHIBITS AND WITNESSES FOR TRIAL - 1**                                  146642011.1

## WITNESSES

Plaintiff intends to call or may call the following witness:

(a) Bruce Nelson;

(b) Candice Cooley;

(c) Wells Wyatt (the "Debtor");

(d) Any witnesses that may be called by the Debtor.

Plaintiff reserves the right to cross-examine any witnesses called by the Debtor at the trial, and further reserves the right to call any rebuttal witnesses not identified in this document. Plaintiff reserves the right to supplement its witness disclosure as necessary.

## EXHIBITS

Plaintiff intends to introduce those exhibits identified on **Exhibit A**, attached hereto. Plaintiff reserves the right to introduce other documents in cross-examination of witnesses in this matter or in rebuttal. Plaintiff also reserves the right to use as an exhibit any documents that have been filed with this Court, pursuant to the Court's ability to take judicial notice of any such documents.

DATED this 15th day of May, 2019.

GIVENS PURSLEY LLP


By /s/ Randall A. Peterman
Randall A. Peterman – Of the Firm
Alexander P. McLaughlin – Of the Firm
Attorneys for Banner Bank

**PLAINTIFF'S LIST OF EXHIBITS AND WITNESSES FOR TRIAL - 2**                    146642011.1

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 15th day of May, 2019, I filed the foregoing **PLAINTIFF'S LIST OF EXHIBITS AND WITNESSES FOR TRIAL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
abennett@foleyfreeman.com
r59345@notify.bestcase.com

                */s/ Randall A. Peterman*
                Randall A. Peterman

**PLAINTIFF'S LIST OF EXHIBITS AND WITNESSES FOR TRIAL - 3**      14642011.1

# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY:** Plaintiff

| CASE NAME: Banner Bank v. Wyatt | COURT DATE: May 22-23, 2019 | CASE NUMBER: 18-08006-JMM |
|---|---|---|
| **Plaintiff:** Banner Bank | **Defendant:** Wells Wyatt | |
| **Plaintiff's Counsel:** Randall A. Peterman | **Defendant's Counsel:** Patrick Geile | |
| **Exhibit Nos.** 100-149 | **Exhibit Nos.** | |
| **PRESIDING JUDGE:** Joseph M. Meier | | |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 100 | 02-12-18 | | Proof of Claim No. 6 filed by Banner Bank |
| 101 | 06-14-18 | | Amended Final Judgment |
| 102 | 06-12-18 | | Writ of Execution |
| 103 | 07-19-18 | | Unsatisfied Return on Writ of Execution |
| 104 | 12-17-18 | | Transcript of Wells Wyatt Meeting of Creditors |
| 105 | 01-29-18 | | Transcript of Wells Wyatt Meeting of Creditors |
| 106 | 03-05-18 | | Rule 2004 Examination of Wells Wyatt |
| 107 | 01-15-19 | | Transcript of Deposition of Wells Wyatt |
| 108 | 01-17-19 | | Rule 2004 Examination of Candice Cooley |
| 109 | 12-14-18 | | Transcript of Deposition of David Stirewalt |
| 110 | 01-15-19 | | Transcript of 30(b)(6) Deposition of Banner Bank (Bruce Nelson) |
| 111 | 09-30-16 | | Borrowing Base Certificate - Wyatt Livestock (BB015) |
| 112 | 10-31-16 | | Borrowing Base Certificate - Wyatt Livestock (BB0040) |
| 113 | 11-30-16 | | Borrowing Base Certificate - Wyatt Livestock (BB0049) |
| 114 | 12-28-16 | | Borrowing Base Certificate - Wyatt Livestock (BB0067) |
| 115 | 01-15-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0087) |
| 116 | 02-28-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0091) |

**EXHIBIT A**

Update June 11, 2013

## BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** Plaintiff

| CASE NAME: Banner Bank v. Wyatt | COURT DATE: May 22-23, 2019 | CASE NUMBER: 18-08006-JMM |
|---|---|---|
| **Plaintiff:** Banner Bank | **Defendant:** Wells Wyatt | |
| **Plaintiff's Counsel:** Randall A. Peterman | **Defendant's Counsel:** Patrick Geile | |
| **Exhibit Nos.** 100-149 | **Exhibit Nos.** | |
| **PRESIDING JUDGE:** Joseph M. Meier | | |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 117 | 04-08-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0094) |
| 118 | 05-12-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0097) |
| 119 | 06-16-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0110) |
| 120 | 07-20-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0121) |
| 121 | 08-15-17 | | Borrowing Base Certificate - Wyatt Livestock (BB0139) |
| 122 | various | | Borrowing Base Certificates - Wyatt Feeding |
| 123 | 06-22-15 | | Financial Statement - 2014 and 2013 - Wyatt Livestock |
| 124 | 06-22-16 | | Financial Statement - 2015 and 2014 - Wyatt Livestock |
| 125 | 06-14-16 | | Financial Statement - Wyatt Livestock |
| 126 | 08-08-17 | | Financial Statement - 2017 - Wyatt Livestock |
| 127 | 06-22-15 | | Financial Statement - 2014 and 2013 - Wyatt Feeding |
| 128 | 04-13-15 | | Financial Statement - Wyatt Feeding |
| 129 | 06-14-16 | | Financial Statement - Wyatt Feeding |
| 130 | 04-13-15 | | Financial Statement - Wells Wyatt |
| 131 | 09-14-17 | | Equipment Appraisal - Wyatt Livestock |
| 132 | 09-14-17 | | Equipment Appraisal - Wyatt Feeding |
| 133 | 05-09-19 | | Summary Exhibit - Financial Statement Value vs Appraisal |

Update June 11, 2013

## BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** Plaintiff

| CASE NAME: Banner Bank v. Wyatt | COURT DATE: May 22-23, 2019 | CASE NUMBER: 18-08006-JMM |
|---|---|---|
| **Plaintiff:** Banner Bank | **Defendant:** Wells Wyatt | |
| **Plaintiff's Counsel:** Randall A. Peterman | **Defendant's Counsel:** Patrick Geile | |
| **Exhibit Nos.** 100-149 | **Exhibit Nos.** | |
| **PRESIDING JUDGE:** Joseph M. Meier | | |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| NOS. | Date | ADMITTED | |
| 134 | various | | Summary Exhibit - Copies of Checks into Wyatt Livestock Account |
| 135 | various | | Summary Exhibit - Wire Transfers into Wyatt Livestock Account |
| 136 | various | | Patrone Livestock Expense Report and related documents |
| 137 | 01-09-17 | | PACCAR Financial - Wyatt Livestock |
| 138 | undated | | Notice of Withdrawal from Partnership |
| 139 | 01-30-13 | | Statement of Qualification of LLP - Wyatt Feeding LLP |
| 140 | 08-19-15 | | Signature Card - Wyatt Feeding LLP |
| 141 | 05-25-16 | | Annual Report - Wyatt Feeding LLP |
| 142 | 04-18-17 | | Amendment to LLP - Wyatt Feeding |
| 143 | 01-25-19 | | Oregon Assumed Business Name - Wyatt Livestock |
| 144 | 01-25-19 | | Oregon Corporation Summary - Wyatt Livestock, Inc. |
| 145 | 05-23-17 | | Withdrawal from Partnership - Wyatt Feeding LLP |
| 146 | 09-17-13 | | Partnership Agreement - Patrone |
| 147 | 01-18-19 | | Affidavit of Wells Wyatt (DK 047) |
| 148 | 01-18-19 | | Wells Wyatt's Statement of Undisputed Facts (DK 046) |
| 149 | 03-15-19 | | Order on Motions to Strike (DK 71) |