Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013448-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>    Debtor. | Case No. 17-40973-JMM<br>Chapter 7 |
| BANNER BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>    Defendant. | Adversary No. 18-08006-JMM |

**PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES - 1**     14787552.1

**PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES**

> **Notice of Motion for Award of Costs and Attorney's Fees and Opportunity to Object and for a Hearing**
>
> <u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW Banner Bank ("Banner Bank" or "Plaintiff"), by and through its counsel of record, Givens Pursley LLP, and hereby moves this Court for an award of those costs and attorneys' fees requested in Plaintiff's Memorandum of Costs and Attorneys' Fees ("Memorandum"). This motion is made pursuant to, among other provisions, Local Bankruptcy Rule 7054.1, F.R.B.P. 7054, F.R.C.P. 54, Idaho Code § 12-120(3), and Idaho Rules of Civil Procedure 54(d) and 54(e), including, but not limited to, I.R.C.P. 54(d)(4), I.R.C.P. 54(e)(3), and I.R.C.P. 54(e)(5).

This motion is made on the grounds and reasons set forth in the foregoing Memorandum, which is by this reference incorporated herein as though restated in full. This motion is based on the records and files herein, the Memorandum, the Declaration of Randall A. Peterman in Support of Memorandum of Costs and Attorneys' Fees, and all supportive filings, affidavits, and/or declarations.

**PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES - 2**              14787552.1

DATED this 30th day of August, 2019.

                GIVENS PURSLEY LLP

                By  */s/ Randall A. Peterman*
                  Randall A. Peterman – Of the Firm
                  Alexander P. McLaughlin – Of the Firm
                  Attorneys for Banner Bank

**PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES - 3**   14787552.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 30th day of August, 2019, I filed the foregoing **PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
abennett@foleyfreeman.com
r59345@notify.bestcase.com

                */s/ Randall A. Peterman*
                Randall A. Peterman

**PLAINTIFF'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES - 4**　　14787552.1