Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013448-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>    Debtor. | Case No. 17-40973-JMM<br>Chapter 7 |
| BANNER BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>    Defendant. | Adversary No. 18-08006-JMM |

**NOTICE OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**

    COMES NOW Banner Bank, by and through its counsel of record, Givens Pursley LLP, and provides this notice that Plaintiff Banner Bank hereby elects, pursuant to 28 U.S.C. Section 158(c)(1) and F.R.B.P. 8001, to have Debtor's appeal from this Court's Memorandum Decision and Order (CR 110 and CR 111) heard by the District Court for the

**NOTICE OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT - 1**  14805138.1

District of Idaho rather than the Ninth Circuit Bankruptcy Appellate Panel ("BAP"). This Notice serves as Banner Bank's written objection to this appeal being heard and determined by the BAP, as set forth in the Third Amended General Order No. 38 of the United States District Court for the District of Idaho.

   DATED this 9th day of September, 2019.

                 GIVENS PURSLEY LLP


                 By  */s/ Randall A. Peterman*
                   Randall A. Peterman – Of the Firm
                   Alexander P. McLaughlin – Of the Firm
                   Attorneys for Banner Bank

**NOTICE OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT - 2**   14805138.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 9th day of September, 2019, I filed the foregoing **NOTICE OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
abennett@foleyfreeman.com
r59345@notify.bestcase.com

                                  */s/ Randall A. Peterman*
                                  Randall A. Peterman

**NOTICE OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT - 3**  14805138.1