**Patrick J. Geile**
Bar No. 6975
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

**Attorneys for Defendant**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>WELLS ALAN WYATT,<br><br>Debtor. | Case No. 17-40973-JMM<br><br>Chapter 7 |
| BANNER BANK,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>Defendant. | Adv. Case No. 18-08006-JMM |

### STATEMENT OF ISSUES AND DESIGNATION OF RECORD

COMES NOW the Defendant, Wells Alan Wyatt, by and through his attorney of record, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby submits the following pursuant to Federal Bankruptcy Rule 8009:

**STATEMENT OF ISSUE ON APPEAL AND DESIGNATION OF RECORD - 1**

**Statement of issue on appeal:**

**Whether the Court erred in holding that the Debtor was denied a discharge pursuant to 11 U.S.C. 727(a)(3).**

1. The following transcripts are designated as part of the record on appeal, including the transcript of the following trial days:

   a. May 22, 2019, trial day one;
   b. June 11, 2019, trial day two;
   c. June 12, 2019 , trial day three; and
   d. June 24, 2019, trial day four.

2. The following exhibits are designated as part of the record on appeal:

   a. 111-132

   b. 200

   c. 201

   d. 202c, 202d-202h

   e. 204-206

   f. 208

   g. 209

   h. 211

3. The following docket entries are designated as part of the record on appeal:

   a. 110-Memorandum Decision

   b. 111-Order RE Granting Denial of Discharge

   c. 112-Notice of Appeal

**STATEMENT OF ISSUE ON APPEAL AND DESIGNATION OF RECORD - 2**

    d. 120-Supplement to Notice of Appeal

    e. 141-Request for Transcripts

DATED this 30th day of September, 2019.

                                      FOLEY FREEMAN, PLLC

                                      /s/ Patrick J. Geile
                                      Patrick J. Geile
                                      Attorney for Defendant

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 30th day of September, 2019, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Randall A. Peterman<br>Alexander P. McLaughlin<br>Givens Pursley, LLP<br>601 W. Bannock St.<br>PO Box 2720<br>Boise, ID 83701-2720 | __X__   CM/ECF Notice |

/s/ Patrick J. Geile
Patrick J. Geile

**STATEMENT OF ISSUE ON APPEAL AND DESIGNATION OF RECORD - 4**