Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013448-0011

Attorneys for Banner Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>WELLS ALAN WYATT,<br><br>　　　　　　Debtor. | Case No. 17-40973-JMM<br>Chapter 7 |
| BANNER BANK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS ALAN WYATT,<br><br>　　　　　　Defendant. | Adversary No. 18-08006-JMM |

**BANNER BANK'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED AND AMENDED DESIGNATION OF RECORD ON APPEAL**

COMES NOW appellee/cross-appellant Banner Bank ("Banner Bank"), by and through its counsel of record, Givens Pursley LLP, and hereby submits this (1) Amended

Statement of Issues to be Presented; and (2) Amended Designation of Record on Appeal, pursuant to Bankruptcy Rule 8009(a)(2).

## STATEMENT OF ISSUES

The cross appeal by Banner Bank addresses the following issues:

1. Whether the Bankruptcy Court erred in dismissing Count I of Banner Bank's Complaint to Determine Non-Dischargeability of Debt ("Complaint") under 11 U.S.C. Section 727(a)(2) for the fraudulent transfer or concealment of property;

2. Whether the Bankruptcy Court erred in dismissing Count III of Banner Bank's Complaint under 11 U.S.C. Section 727(a)(4) for presenting a false oath or account, presentation of a false claim, extortion, bribery or withholding documents and records from an officer;

3. Whether the Bankruptcy Court erred in dismissing Count IV of Banner Bank's Complaint under 11 U.S.C. Section 727(a)(5) for failing to explain loss of assets and insolvency; and

4. Whether the Bankruptcy Court erred in denying Banner Bank's Motion to Amend/Clarify (CR 121).

5. Whether the Bankruptcy Court erred in its partial denial of Banner Bank's Motion to Consider Award of Costs and Attorneys' Fees (CR 165 and 166).

## DESIGNATION OF RECORD

Banner Bank hereby designates the following items (including any exhibit, annex, attachment, or addendum thereto or referred to therein) for inclusion in the record on appeal:

| Document Description | Docket or Exhibit Number. | Filing or Admission Date |
|---|---|---|
| 1. Transcript – March 5, 2019 hearing on Defendant's Motion for Summary Judgment | N/A | 03/05/19 |
| 2. Transcript – April 4, 2019 oral ruling on Defendant's Motion for Summary Judgment | N/A | 04/04/19 |
| 3. Transcript – May 22, 2019 trial day one | N/A | 05/22/19 |
| 4. Transcript – June 11, 2019 trial day two | N/A | 06/11/19 |
| 5. Transcript – June 12, 2019 trial day three | N/A | 06/12/19 |
| 6. Transcript – June 24, 2019 trial day four | N/A | 06/24/19 |
| 7. Transcript – September 16, 2019 hearing regarding Plaintiff's Motion to Amend/Clarify | N/A | 09/16/19 |
| 8. Complaint | CR 1 | 02/14/18 |
| 9. Answer to Complaint | CR 10 | 08/02/18 |
| 10. Motion for Summary Judgment | CR 43 | 01/18/19 |
| 11. Notice of Hearing [re Motion for Summary Judgment] | CR 44 | 01/18/19 |
| 12. Brief/Memorandum in Support of Motion for Summary Judgment | CR 45 | 01/18/19 |
| 13. Statement of Disputed/Undisputed Facts | CR 46 | 01/18/19 |

**BANNER BANK'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED AND AMENDED DESIGNATION OF RECORD ON APPEAL - 3**

14922881.1

| | | |
|---|---|---|
| 14.   Affidavit of Wells Alan Wyatt in Support of Defendant's Motion for Summary Judgment | CR 47 | 01/18/19 |
| 15.   Affidavit of Patrick J. Geile in Support of Defendant's Motion for Summary Judgment | CR 48 | 01/18/19 |
| 16.   Affidavit of Patrick J. Geile in Support of Defendant's Motion for Summary Judgment | CR 49 | 01/25/19 |
| 17.   Motion to Strike Affidavit of Wells Alan Wyatt | CR 56 | 02/19/19 |
| 18.   Brief/Memorandum in Support of Motion to Strike | CR 57 | 02/19/19 |
| 19.   Motion to Strike Affidavit of Patrick J. Geile | CR 58 | 02/19/19 |
| 20.   Brief/Memorandum in Support of Motion to Strike | CR 59 | 02/19/19 |
| 21.   Notice of Hearing | CR 60 | 02/19/19 |
| 22.   Brief/Memorandum in Opposition to Motion for Summary Judgment | CR 61 | 02/19/19 |
| 23.   Response to Statement of Disputed/Undisputed Facts | CR 62 | 02/19/19 |
| 24.   Declaration of David Stirewalt | CR 63 | 02/19/19 |
| 25.   Declaration of Randall A. Peterman | CR 64 | 02/19/19 |
| 26.   Response to Motion to Strike Affidavit of Wells Alan Wyatt | CR 65 | 02/26/19 |
| 27.   Reply to Motion for Summary Judgment | CR 66 | 02/26/19 |

**BANNER BANK'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED AND AMENDED DESIGNATION OF RECORD ON APPEAL - 4**

14922881.1

| | | | |
|---|---|---|---|
| 28. | Motion to Strike Declaration of Randall A. Peterman | CR 67 | 02/26/19 |
| 29. | Brief/Memorandum in Opposition to Motion to Strike | CR 68 | 03/01/19 |
| 30. | Order Granting in Part and Denying in Part Motion to Strike | CR 71 | 03/14/19 |
| 31. | Summary Judgment on the First Cause of Action and the Third Cause of Action and Denying Other Relief | CR 77 | 04/04/19 |
| 32. | Pretrial Memorandum | CR 89 | 05/15/19 |
| 33. | Exhibit List, Witness List | CR 90 | 05/15/19 |
| 34. | Witness List | CR 91 | 05/15/19 |
| 35. | Exhibit List | CR 92 | 05/15/19 |
| 36. | Pretrial Memorandum | CR 93 | 05/15/19 |
| 37. | Closing Argument | CR 106 | 07/12/19 |
| 38. | Closing Argument | CR 107 | 07/12/19 |
| 39. | Reply to Closing Argument | CR 108 | 07/19/19 |
| 40. | Reply to Closing Argument | CR 109 | 07/19/19 |
| 41. | Memorandum Decision | CR 110 | 08/21/19 |
| 42. | Notice of Appeal and Statement of Issues | CR 112 | 08/28/19 |
| 43. | Plaintiff's Motion for Award of Costs and Attorneys' Fees | CR 116 | 08/30/19 |
| 44. | Plaintiff's Memorandum of Costs and Attorneys' Fees | CR 117 | 08/30/19 |

**BANNER BANK'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED AND
AMENDED DESIGNATION OF RECORD ON APPEAL - 5**

14922881.1

| | | | |
|---|---|---|---|
| 45. | Declaration of Randall A. Peterman in Support of Plaintiff's Memorandum of Costs and Fees | CR 118 | 08/30/19 |
| 46. | Bill of Costs | CR 119 | 08/30/19 |
| 47. | Supplement to Notice of Appeal | CR 120 | 09/03/19 |
| 48. | Motion to Clarify/Amend | CR 121 | 09/04/19 |
| 49. | Memorandum in Support of Motion to Clarify/Amend | CR 122 | 09/04/19 |
| 50. | Declaration of Randall A. Peterman | CR 123 | 09/04/19 |
| 51. | Notice of Hearing | CR 124 | 09/04/19 |
| 52. | Defendant's Objection to Plaintiff's Motion for Fees and Costs | CR 130 | 09/13/19 |
| 53. | Reply to Defendant's Objection to Plaintiff's Motion for Fees and Costs | CR 144 | 10/08/19 |
| 54. | Defendant's Response to Plaintiff's Reply to Defendant's Objection to Plaintiff's Motion for Fees and Costs | CR 146 | 10/10/19 |
| 55. | Memorandum of Decision | CR 165 | 11/01/19 |
| 56. | Order Granting in Part and Denying in Part Plaintiff's Motion to Consider Award of Costs and Attorney's Fees | CR 166 | 11/01/19 |

DATED this 4th day of December, 2019.

GIVENS PURSLEY LLP


By  /s/ Randall A. Peterman
   Randall A. Peterman – Of the Firm
   Alexander P. McLaughlin – Of the Firm
   Attorneys for Banner Bank

**BANNER BANK'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED AND AMENDED DESIGNATION OF RECORD ON APPEAL - 6**

14922881.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 4th day of December, 2019, I filed the foregoing **BANNER BANK'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED AND AMENDED DESIGNATION OF RECORD ON APPEAL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick J. Geile**
pgeile@foleyfreeman.com
abennett@foleyfreeman.com
r59345@notify.bestcase.com


                   */s/ Randall A. Peterman*
                   Randall A. Peterman